John D. Tennert III (SBN 11728)
Wade Beavers (SBN 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Pkwy
Reno, Nevada 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: jtennert@fclaw.com
       wbeavers@fclaw.com

*Attorneys for GR US Licensing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROWEN SEIBEL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GR US LICENSING, LP, a Delaware limited partnership;<br><br>Defendant. | CASE NO: 2:21-cv-00668-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Rowen Seibel ("Plaintiff") and Defendant GR US Licensing, LP ("Defendant") hereby stipulate and agree to extend the deadline to file a response to the Complaint (ECF No. 1), filed on April 22, 2021 from July 19, 2021 to August 2, 2021. This stipulation and additional time is warranted to allow Defendant additional time to respond to the Complaint as agreed to by the parties. This is the first stipulation for extension of time to respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

18609220.2/043695.0002

1 **IT IS AGREED TO AND STIPULATED.**

| | |
|---|---|
| 2  DATED: July 19, 2021 | DATED: July 19, 2021 |
| 3  **BAILEY KENNEDY** | **FENNEMORE CRAIG, P.C.** |
| 4  By: */s/ Stephanie Glantz* | By: */s/ John D. Tennert* |
|    JOHN R. BAILEY (SBN 0137) | JOHN D. TENNERT III (SBN 11728) |
|    DENNIS L. KENNEDY (SBN 1462) | WADE BEAVERS (SBN 13451) |
|    JOSHUA P. GILMORE (SBN 11576) | 7800 Rancharrah Pkwy |
|    PAUL C. WILLIAMS (SBN 12524) | Reno, Nevada 89511 |
|    STEPHANIE J. GLANTZ (SBN 14878) | Telephone: (775) 788-2200 |
|    8984 Spanish Ridge Avenue | Facsimile: (775) 786-1177 |
|    Las Vegas, Nevada 89148-1302 | Email: jtennert@fclaw.com |
|    Telephone: 702.562.8820 |        wbeavers@fclaw.com |
|    Facsimile:702.562.8821 | |
|    JBailey@BaileyKennedy.com | *Attorneys for GR US Licensing, LP* |
|    DKennedy@BaileyKennedy.com | |
|    JGilmore@BaileyKennedy.com | |
|    PWilliams@BaileyKennedy.com | |
|    SGlantz@BaileyKennedy.com | |
|    *Attorneys for Rowen Seibel* | |

**IT IS SO ORDERED.**

DATED: 7-20-2021

_____
UNITED STATES MAGISTRATE JUDGE

FENNEMORE CRAIG, P.C.
7800 Rancharrah Pkwy
Reno, Nevada 89511
Tel: (775) 788-2200   Fax: (775) 786-1177

2

18609220.2/043695.0002