

JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
STEPHANIE J. GLANTZ
Nevada Bar No. 14878
**BAILEY✣KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com
SGlantz@BaileyKennedy.com

*Attorneys for Plaintiff*
ROWEN SEIBEL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROWEN SEIBEL, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>GR US LICENSING, LP, a Delaware limited partnership,<br><br>　　　　　　　　Defendant. | Case No.  2:21-cv-00668-JCM-VCF |

**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO GR US LICENSING, LP'S MOTION TO DISMISS COMPLAINT (FIRST REQUEST)**

Pursuant to LR IA 6-1, Plaintiff Rowen Seibel ("Seibel") and Defendant GR US Licensing LP ("GRUS") (collectively, the "Parties") stipulate and agree as follows:

1. On March 22, 2021, Seibel filed the Complaint.  (ECF No. 1.)

2. On August 2, 2021, GRUS filed a Motion to Dismiss Complaint (the "Motion"). (ECF No. 7.)

3. Currently, Seibel's deadline to respond to GRUS's Motion is August 16, 2021.

4. The deadline for Seibel to respond to GRUS's Motion shall be extended from August 16, 2021, to September 3, 2021.

5. Good cause exists to extend the briefing schedule on GRUS's Motion as set forth above to accommodate scheduling conflicts of Seibel's counsel.

6. This extension is sought in good faith and not for purposes of unduly delaying discovery or trial.

Dated this 6th day of August, 2021.

BAILEY❖KENNEDY

By:  /s/ Joshua P. Gilmore
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff Rowen Seibel*

Dated this 6th day of August, 2021.

FENNEMORE CRAIG, P.C.

By:  /s/ John D. Tennert
    JOHN D. TENNERT (BAR NO. 11728)
    WADE BEAVERS (BAR NO. 13451)
7800 Rancharrah Parkway
Reno, Nevada 89511
*Attorneys for Defendant GR US Licensing, LP*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 9, 2021

Respectfully submitted by:

BAILEY❖KENNEDY

By:  /s/ Joshua P. Gilmore
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
    STEPHANIE J. GLANTZ
*Attorneys for Plaintiff Rowen Seibel*