JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Plaintiff Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROWEN SEIBEL, an individual,<br><br>                        Plaintiff,<br><br>vs.<br><br>GR US LICENSING, LP, a Delaware limited partnership,<br><br>                        Defendant. | Case No.  2:21-cv-00668-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO GR US LICENSING, LP'S MOTION TO DISMISS COMPLAINT (THIRD REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Rowen Seibel ("Seibel") and Defendant GR US Licensing LP ("GRUS") (collectively, the "Parties") stipulate and agree as follows:

1. On March 22, 2021, Seibel filed the Complaint.  (ECF No. 1.)

2. On August 2, 2021, GRUS filed a Motion to Dismiss Complaint (the "Motion to Dismiss").  (ECF No. 7.)

3. Pursuant to Stipulations of the Parties (ECF Nos. 9, 12) and the Court's Orders entered on August 9, 2021 (ECF No. 10) and September 1, 2021 (ECF No. 13), Seibel's deadline to respond to GRUS's Motion to Dismiss is September 17, 2021.

4. The deadline for Seibel to respond to GRUS's Motion shall be extended from September 17, 2021, to September 28, 2021.

5. Good cause exists to extend the briefing schedule on GRUS's Motion to Dismiss as set forth above to accommodate scheduling conflicts of Seibel's counsel (including, but not limited to, religious holidays) and the fact that one of the primary attorneys who was previously working on this matter (Stephanie J. Glantz) is no longer with the law firm of Bailey✤Kennedy (*see* ECF No.

6. This is the third (and final) request to extend the time for Seibel to respond to GRUS's Motion to Dismiss. This extension is sought in good faith and not for purposes of unduly delaying discovery or trial.

Dated this 16th day of September, 2021.

BAILEY✤KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
*Attorneys for Plaintiff Rowen Seibel*

Dated this 16th day of September, 2021.

FENNEMORE CRAIG, P.C.

By: /s/ John D. Tennert
    JOHN D. TENNERT (BAR NO. 11728)
    WADE BEAVERS (BAR NO. 13451)
    7800 Rancharrah Parkway
    Reno, Nevada 89511
*Attorneys for Defendant GR US Licensing, LP*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 16, 2021

Respectfully submitted by:

BAILEY✤KENNEDY

By: /s/ Joshua P. Gilmore
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
*Attorneys for Plaintiff Rowen Seibel*