JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
PAUL C. WILLIAMS
Nevada Bar No. 12524
BAILEY✧KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Plaintiff Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROWEN SEIBEL, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>GR US LICENSING, LP, a Delaware limited partnership,<br><br>            Defendant. | Case No.  2:21-cv-00668-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT A JOINT DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Rowen Seibel ("Seibel") and Defendant GR US Licensing LP ("GRUS") (collectively, the "Parties") stipulate and agree as follows:

1. On March 22, 2021, Seibel filed the Complaint.  (ECF No. 1.)

2. On August 2, 2021, GRUS filed a Motion to Dismiss Complaint (the "Motion to Dismiss").  (ECF No. 7.)

3. Based on GRUS's appearance on August 2, 2021, a Joint Discovery Plan and Scheduling Order is due on September 16, 2021.  *See* LR 26-1(a).

4. The deadline for the Parties to hold a Rule 26(f) conference and submit a Joint Discovery Plan and Scheduling Order shall be extended from September 16, 2021, to October 7, 2021.

5. Good cause exists to extend the deadline to submit a Joint Discovery Plan and Scheduling Order as set forth above to accommodate scheduling conflicts of Seibel's counsel (including, but not limited to, religious holidays) and the fact that one of the primary attorneys who was previously working on this matter (Stephanie J. Glantz) is no longer with the law firm of Bailey❖Kennedy (*see* ECF No. 11).

6. This is the first request to extend the time for filing a Joint Discovery Plan and Scheduling Order. This extension is sought in good faith and not for purposes of unduly delaying discovery or trial.

Dated this 16th day of September, 2021.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
  JOHN R. BAILEY
  DENNIS L. KENNEDY
  JOSHUA P. GILMORE
  PAUL C. WILLIAMS
*Attorneys for Plaintiff Rowen Seibel*

Dated this 16th day of September, 2021.

FENNEMORE CRAIG, P.C.

By: /s/ John D. Tennert
  JOHN D. TENNERT (BAR NO. 11728)
  WADE BEAVERS (BAR NO. 13451)
  7800 Rancharrah Parkway
  Reno, Nevada 89511
*Attorneys for Defendant GR US Licensing, LP*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-17-2021

Respectfully submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
  JOHN R. BAILEY
  DENNIS L. KENNEDY
  JOSHUA P. GILMORE
  PAUL C. WILLIAMS
*Attorneys for Plaintiff Rowen Seibel*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820