1  John D. Tennert III (SBN 11728)
2  Wade Beavers (SBN 13451)
   FENNEMORE CRAIG, P.C.
3  7800 Rancharrah Pkwy
   Reno, Nevada 89511
4  Telephone: (775) 788-2200
   Facsimile:  (775) 786-1177
5  Email: jtennert@fclaw.com
            wbeavers@fclaw.com
6

7  *Attorneys for Defendant GR US Licensing, LP*

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11  ROWEN SEIBEL, an individual,          Case No. 2:21-cv-00668-JCM-VCF

12            Plaintiff,                   **STIPULATION AND ORDER TO EXTEND
                                           TIME TO FILE REPLY IN SUPPORT OF GR
13  vs.                                    US LICENSING, LP'S MOTION TO DISMISS
                                           COMPLAINT (FIRST REQUEST)**
14  GR US LICENSING, LP, a Delaware limited
    partnership;

15            Defendants.

16

17          Pursuant to LR IA 6-1, Plaintiff Rowen Seibel ("Seibel") and Defendant GR US Licensing

18  LP ("GRUS") (collectively, the "Parties") stipulate and agree as follows:

19          1.      On March 22, 2021, Seibel filed his *Complaint* (ECF No. 1).

20          2.      On August 2, 2021, GRUS filed its *Motion to Dismiss Complaint* (ECF No. 7)

21  ("Motion to Dismiss").

22          3.      The deadline for Seibel to respond to GRUS's Motion to Dismiss was extended by

23  successive stipulation of the Parties from August 16, 2021 to September 28, 2021.

24          4.      On September 28, 2021, Seibel filed his *Response to Defendant GR US Licensing,*

25  *LP's Motion to Dismiss Complaint* (ECF No. 22).

26          5.      Pursuant to LR 7-2(b), the deadline for GRUS to file and serve its reply in support

27  of the Motion to Dismiss is October 5, 2021.

28

FENNEMORE CRAIG, P.C.
7800 Rancharrah Pkwy
Reno, Nevada 89511
Tel: (775) 788-2200  Fax: (775) 786-1177

18887508

1

6.      The Parties stipulate that the deadline for GRUS to file its reply in support of the Motion to Dismiss shall be extended from October 5, 2021 to **November 4, 2021**.

7.      Good cause exists to extend the briefing schedule on GRUS' Motion to Dismiss as set forth herein to allow GRUS adequate time to fully and adequately brief the arguments therein.

8.      This is the first request to extend the time for GRUS to file its reply in support of its Motion to Dismiss.   This extension is sought in good faith and not for purposes of unduly delaying discovery or trial.

**IT IS SO STIPULATED.**

DATED: October 4, 2021                    DATED:  October 4, 2021

**BAILEY KENNEDY**                         **FENNEMORE CRAIG, P.C.**


By:    _/s/ Paul C. Williams_____        By:    _/s/ Wade Beavers_____
      John R. Bailey                                   John D. Tennert, III
      Dennis L. Kennedy                               Wade Beavers
      Joshua P. Gilmore
      Paul C. Williams                                *Attorneys for GR US Licensing LP*

      *Attorneys for Rowen Seibel*


**IT IS SO ORDERED.**


_____

UNITED STATES DISTRICT JUDGE

Dated  October 5, 2021.


Respectfully submitted by:

_____/s/ Wade Beavers_____
John D. Tennert, III, Esq. (SBN 11728)
Wade Beavers, Esq. (SBN 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511

*Attorneys for GR US Licensing LP*

FENNEMORE CRAIG, P.C.
7800 Rancharrah Pkwy
Reno, Nevada 89511
Tel: (775) 788-2200  Fax: (775) 786-1177

18887508