1  JOHN R. BAILEY
   Nevada Bar No. 0137
2  DENNIS L. KENNEDY
   Nevada Bar No. 1462
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  PAUL C. WILLIAMS
   Nevada Bar No. 12524
5  BAILEY❖KENNEDY
   8984 Spanish Ridge Avenue
6  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
7  Facsimile:  702.562.8821
   JBailey@BaileyKennedy.com
8  DKennedy@BaileyKennedy.com
   JGilmore@BaileyKennedy.com
9  PWilliams@BaileyKennedy.com

10 *Attorneys for Plaintiff Rowen Seibel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROWEN SEIBEL, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>GR US LICENSING, LP, a Delaware limited partnership,<br><br>                    Defendant. | Case No.  2:21-cv-00668-JCM-VCF<br><br>**STIPULATION AND ORDER: (I) TO PERMIT PLAINTIFF ROWEN SEIBEL TO FILE HIS FIRST AMENDED COMPLAINT; (II) TO WITHDRAW, WITHOUT PREJUDICE, DEFENDANT GR US LICENSING, LP'S MOTION TO DISMISS COMPLAINT [ECF NO. 7]; AND (III) TO WITHDRAW PLAINTIFF ROWEN SEIBEL'S DEMAND FOR JURY TRIAL [ECF NO. 1]** |

Plaintiff Rowen Seibel ("Seibel") and Defendant GR US Licensing LP ("GRUS") (collectively, the "Parties") stipulate and agree as follows:

1. On March 22, 2021, Seibel filed the Complaint, in which he included a demand for a jury trial on all issues so triable by a jury in this action.  (ECF No. 1.)

2. On August 2, 2021, GRUS filed a Motion to Dismiss Complaint (the "Motion to Dismiss").  (ECF No. 7.)

18998129

3.  In accordance with the Order Regarding GR US Licensing, LP's Motion to Enforce Compliance With the Court's Order Regarding Receiver's Report and Recommendation (the "Delaware Compliance Order"), entered on October 21, 2021 in the matter entitled *In re: GR BurGR, LLC*, pending in the Court of Chancery of the State of Delaware, C.A. No. 12825-VCS, a copy of which is attached hereto as **Exhibit A**, Seibel has been ordered to withdraw the jury demand and to file an amended complaint removing certain claims for damages/relief and allegations of the Complaint.  Seibel's proposed First Amended Complaint is attached hereto as **Exhibit B**.

4.  In light of the filing of the First Amended Complaint, and without waiver of any rights, GRUS withdraws its Motion to Dismiss the original Complaint, without prejudice to its right to file a renewed motion under Rule 12 of the Federal Rules of Civil Procedure in response to the First Amended Complaint.

5.  In accordance with the Delaware Compliance Order, Seibel's demand for a jury trial is hereby withdrawn.

6.  This Stipulation is entered into in good faith and not for purposes of delay.

Dated this 29th day of October, 2021.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSHUA P. GILMORE
    PAUL C. WILLIAMS
*Attorneys for Plaintiff Rowen Seibel*

Dated this 29th day of October, 2021.

FENNEMORE CRAIG, P.C.

By: /s/ Wade Beavers
    JOHN D. TENNERT (BAR NO. 11728)
    WADE BEAVERS (BAR NO. 13451)
    7800 Rancharrah Parkway
    Reno, Nevada 89511
*Attorneys for Defendant GR US Licensing, LP*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-5-2021