John D. Tennert III (SBN 11728)
Wade Beavers (SBN 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Pkwy
Reno, Nevada 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: jtennert@fclaw.com
       wbeavers@fclaw.com

*Attorneys for Defendant GR US Licensing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROWEN SEIBEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GR US LICENSING, LP, a Delaware limited partnership;<br><br>Defendants. | Case No. 2:21-cv-00668-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF GR US LICENSING, LP'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Rowen Seibel ("Seibel") and Defendant GR US Licensing LP ("GRUS") (collectively, the "Parties") stipulate and agree as follows:

1. On November 2, 2021, Seibel filed his *First Amended Complaint* (ECF No. 32).

2. On November 16, 2021, GRUS filed its *Motion to Dismiss First Amended Complaint* (ECF No. 34) ("Motion to Dismiss").

3. On November 30, 2021, Seibel filed his *Response to Defendant GR US Licensing, LP's Motion to Dismiss First Amended Complaint* (ECF No. 35).

4. Pursuant to LR 7-2(b), the deadline for GRUS to file and serve its reply in support of the Motion to Dismiss is December 7, 2021.

5. The Parties stipulate that the deadline for GRUS to file its reply in support of the Motion to Dismiss shall be extended from December 7, 2021 to **December 21, 2021**.

6. Good cause exists to extend the briefing schedule on GRUS' Motion to Dismiss as set forth herein to allow GRUS adequate time to fully and adequately brief the arguments therein.

1

19108266

7. This is the first request to extend the time for GRUS to file its reply in support of its Motion to Dismiss. This extension is sought in good faith and not for purposes of unduly delaying discovery or trial.

**IT IS SO STIPULATED.**

DATED: December 2, 2021.                                    DATED: December 2, 2021.

**BAILEY KENNEDY**                                          **FENNEMORE CRAIG, P.C.**


By: */s/ Joshua P. Gilmore*                                 By: */s/ John D. Tennert*
    John R. Bailey                                              John D. Tennert, III
    Dennis L. Kennedy                                           Wade Beavers
    Joshua P. Gilmore
    Paul C. Williams

   *Attorneys for Rowen Seibel*                                *Attorneys for GR US Licensing LP*

**IT IS SO ORDERED.**

Dated: December 3, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

FENNEMORE CRAIG, P.C.

By: */s/John D. Tennert*
    John D. Tennert, III
    Wade Beavers
    7800 Rancharrah Parkway
    Reno, NV 89511

   *Attorneys for GR US Licensing LP*

19108266