John D. Tennert III (SBN 11728)
Wade Beavers (SBN 13451)
Geenamarie Carucci Vance (SBN 15393)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Pkwy
Reno, Nevada 89511
Telephone: (775) 788-2200
Facsimile:  (775) 786-1177
Email: jtennert@fennemorelaw.com
         wbeavers@fennemorelaw.com
         gcarucci@fennemorelaw.com

*Attorneys for Defendant GR US Licensing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROWEN SEIBEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GR US LICENSING, LP, a Delaware limited partnership;<br><br>Defendants. | Case No. 2:21-cv-00668-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER TO FIRST AMENDED COMPLAINT**<br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Rowen Seibel ("Seibel") and Defendant GR US Licensing LP ("GRUS") (collectively, the "Parties") stipulate and agree as follows:

1. On November 2, 2021, Seibel filed his First Amended Complaint (ECF No. 32).

2. On November 16, 2021, GRUS filed its Motion to Dismiss (ECF No. 34).

3. On December 9, 2022, the Court entered its Order granting, in part, and denying in part, GRUS's Motion to Dismiss (ECF No. 45).

4. Pursuant to FRCP 12(a)(4)(A), the deadline for GRUS to file and serve its Answer to the First Amended Complaint is December 23, 2022.

5. The Parties stipulate that the deadline for GRUS to file its Answer to the First Amended Complaint shall be extended from December 23, 2022 to **January 6, 2023**.

6. Good cause exists to extend the briefing schedule on GRUS' Answer to the First Amended Complaint as set forth herein to allow GRUS adequate time to fully and adequately prepare its Answer.

7. This is the first request to extend the time for GRUS to file its Answer to the First Amended Complaint. This extension is sought in good faith and not for purposes of unduly delaying discovery or trial.

**IT IS SO STIPULATED.**

Dated: December 22, 2022.   Dated: December 22, 2022.

**BAILEY❖KENNEDY**   **FENNEMORE CRAIG, P.C.**

By: */s/ Paul Williams (with permission)*   By: */s/ John D. Tennert III*
   John R. Bailey (SBN 137)      John D. Tennert, III (SBN 11728)
   Dennis L. Kennedy (SBN 1462)    Wade Beavers (SBN 13451)
   Joshua P. Gilmore (SBN 11576)    Geenamarie Carucci Vance (SBN 15393)
   Paul C. Williams (SBN 12524)

*Attorneys for Plaintiff Rowen Seibel*   *Attorneys for Defendant GR US Licensing, LP*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: 12-22-2022

28537911.1/043695.0006

FENNEMORE CRAIG, P.C.
7800 Rancharrah Pkwy
Reno, Nevada 89511
Tel: (775) 788-2200 Fax: (775) 786-1177

## Hope, Sarah

| | |
|---|---|
| **From:** | Paul Williams <PWilliams@baileykennedy.com> |
| **Sent:** | Thursday, December 22, 2022 11:47 AM |
| **To:** | Tennert, John |
| **Cc:** | Joshua Gilmore; Beavers, Wade; Sharon Murnane; Susan Russo; Carucci Vance, Geenamarie; Hope, Sarah |
| **Subject:** | RE: Seibel v. GRUS |

Hi John,

You may apply my e-signature and file.

Thank you,

Paul C. Williams
Bailey Kennedy, LLP
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
(702) 562-8820 (Main)
(702) 789-4552 (Direct)
(702) 301-2725 (Cell)
(702) 562-8821 (Fax)
PWilliams@BaileyKennedy.com

*****This email is a confidential communication from Bailey Kennedy, LLP and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 562-8820 and delete this email and any attachments from your workstation or network mail system.*****

**From:** Tennert, John <jtennert@fennemorelaw.com>
**Sent:** Thursday, December 22, 2022 11:28 AM
**To:** Paul Williams <PWilliams@baileykennedy.com>
**Cc:** Joshua Gilmore <JGilmore@baileykennedy.com>; Beavers, Wade <WBeavers@fennemorelaw.com>; Sharon Murnane <SMurnane@baileykennedy.com>; Susan Russo <SRusso@baileykennedy.com>; Carucci Vance, Geenamarie <gcarucci@fennemorelaw.com>; Hope, Sarah <shope@fennemorelaw.com>
**Subject:** RE: Seibel v. GRUS

Good morning Paul,

Please see the attached stipulation and confirm that we may apply your e-signature.

Happy holidays.

Thanks,
John

1