UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Rowen Seibel, | |
|---|---|
| Plaintiff(s), | 2:21-cv-00668-JCM-MDC |
| vs. | |
| GR US Licensing, LP., *et al*, | **ORDER DIRECTING PARTIES TO FILE A STATUS REPORT** |
| Defendant(s). | |

This case is three years old. Discovery has closed and dispositive motion deadlines have passed. The parties have not filed anything since August 2023.

ACCORDINGLY,

**IT IS ORDERED** that by **September 2, 2024**, the parties shall file:

1. The pretrial order required by LR 26-1(5); OR

2. A stipulation to dismiss this case.

3. Failure to comply with this order may result in a report and recommendation that this case be dismissed.

DATED this 2nd day of August 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk

of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.