1  John D. Tennert III (SBN 11728)
2  Wade Beavers (SBN 13451)
   FENNEMORE CRAIG, P.C.
3  7800 Rancharrah Pkwy
   Reno, Nevada 89511
4  Telephone: (775) 788-2200
   Facsimile: (775) 786-1177
5  Email: jtennert@fennemorelaw.com
              wbeavers@fennemorelaw.com
6
7  *Attorneys for Defendant GR US Licensing, LP*

8
## UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA
10

| | |
|---|---|
| ROWEN SEIBEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GR US LICENSING, LP, a Delaware limited partnership;<br><br>Defendants. | Case No. 2:21-cv-00668-JCM-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Rowen Seibel ("Seibel") and Defendant GR US Licensing, LP ("GRUS"), by and through their respective counsel of record, stipulate and agree to dismissal of this action, including all claims and counterclaims asserted therein, with prejudice. Each party agrees to bear their own

///

///

///

///

///

///

1

50284130.1/043695.0006

costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED.**

Dated this 2nd day of October, 2024.    Dated this 2nd day of October, 2024.

**BAILEY KENNEDY**    **FENNEMORE CRAIG, P.C.**

By: */s/ Joshua P. Gilmore*    By: */s/ John D. Tennert*
   John R. Bailey (Bar No. 0137)       John D. Tennert (Bar No. 11728)
   Dennis L. Kennedy (Bar No. 1462)    Wade Beavers (Bar No. 13451)
   Joshua P. Gilmore (Bar No. 11576)
   Paul C. Williams (Bar No. 12524)    *Attorneys for Defendant GR US Licensing, LP*

*Attorneys for Plaintiff Rowen Seibel*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 4, 2024

2

50284130.1/043695.0006

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that on October 2, 2024, a true and correct copy of STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE was transmitted electronically through the Court's e-filing electronic notice system to the attorneys associated with this case:

> John R Bailey
> Dennis L. Kennedy
> Joshua P. Gilmore
> Paul C. Williams
> Bailey Kennedy, LLP
> 8984 Spanish Ridge Avenue
> Las Vegas, NV 89148
> jbailey@baileykennedy.com
> dkennedy@baileykennedy.com
> jgilmore@baileykennedy.com
> pwilliams@baileykennedy.com
>
> *Attorneys for Plaintiff Rowen Seibel*

 */s/ Madelaine A. Shek*
 Employee of Fennemore Craig, P.C.

3

50284130.1/043695.0006